NANCE–ELLEN DRAPER, ETC., ET AL. v. JOHN A. DAUGILA AND MRS. JOHN DAUGILA.

May 10, 1988.

Petition for certification denied.

JERSEY CITY REDEVELOPMENT AGENCY v. TUG AND BARGE URBAN RENEWAL CORPORATION.

May 10, 1988.

Petition for certification denied.

NEWPORT ASSOCIATES DEVELOPMENT COMPANY v. TUG AND BARGE URBAN RENEWAL CORPORATION.

May 10, 1988.

Petition for certification denied.

MARIE R. TROTH v. STATE OF NEW JERSEY.

May 10, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 420)